No. 617. STEWART v. ST. SURE, JUDGE. February 26, 1940.

No. 626. FRANCE MANUFACTURING Co. v. JEFFERSON ELECTRIC Co. February 26, 1940.

No. 374. WILSON v. LOUISVILLE JOINT STOCK LAND BANK ET AL. March 4, 1940. Motion for leave to file petition for rehearing denied. 308 U. S. 590.

No. 616. SEVERSON v. HANFORD TRI-STATE AIRLINES, INC., ET AL. March 4, 1940.

No. 628. STEWART ET AL. v. CAPITAL TRANSIT Co. March 4, 1940.

No. 685. MURPHY v. WARDEN OF CLINTON STATE PRISON. March 4, 1940.

Nos. 429 and 430. ABRAHAM & STRAUS, INC. v. ART METAL WORKS, INC. March 11, 1940. Motion for leave to file petition for rehearing granted, and petition for rehearing denied. 308 U. S. 621.

No. 138. McCARROLL, COMMISSIONER OF REVENUES OF ARKANSAS, v. DIXIE GREYHOUND LINES, INC. March 11, 1940.

No. 193. NATIONAL LABOR RELATIONS BOARD v. WATERMAN STEAMSHIP CORP. March 11, 1940.